UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MCMILLAN,

    Plaintiff,

v.

COVERT TOWNSHIP, MICHIGAN,
et al.,

    Defendants.
_____/

Case No. 1:18-cv-733

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL AS TO DEFENDANT FRITZ

This Court having issued an Order to Show Cause as to Defendant Erich Fritz (ECF No. 16) and having heard no response:

NOW THEREFORE, pursuant to Rule 41.1 of the Federal Rules of Civil Procedure, this matter as to Defendant Fritz is hereby **DISMISSED** without prejudice for lack of prosecution.

**IT IS SO ORDERED**.

Dated: October 18, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge