# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:18-CV-0733 | McMillan v. Covert Township and Erich Fritz | 01/17/2020 |

## PARTIES         Attendees

| Name | On Behalf Of |
|---|---|
| Tonya Prince - Claims Adjuster | Defendants |
| Melissal McMillan | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## COUNSEL

| Name | On Behalf Of |
|---|---|
| Kelly Cumberworth | Defendant - Claims Attorney |
| Frederick Lucas | Defendant Erich Fritz |
| G. Gus Morris | Defendant - Covert Township |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ✔  Case settled in full - Final paperwork will be filed by:
         ☐  Mediation continuing - Date of Next Session
         ☐  Not settled - Mediation Completed

Dated: 1/21/2020

/s/ Pamela C. Enslen
Pamela C. Enslen
Mediator

Rev'd 8/2005