UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MELISSA McMILLAN,

    Plaintiff,

v

COVERT TOWNSHP, MICHIGAN; VAN BUREN COUNTY, MICHIGAN; VAN BUREN COUNTY SHERIFF'S DEPARTMENT and ERICH FRITZ, Individually and as an agent of Covert Township, Michigan,

    Defendants

CASE NO. 1:18-cv-00733

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

---

| | |
|---|---|
| ANTONIO M. ROMANUCCI<br>NICOLETTE A. WARD<br>ROMANUCCI & BLANDIN, LLC<br>Attorneys for Plaintiff<br>321 N. Clark Street, Suite 900<br>Chicago, IL  60654<br>(312) 458-1000<br>aromanucci@rblaw.net<br>nward@rblaw.net | G. GUS MORRIS (P32960)<br>CHRISTOPHER J. RAITI (P68600)<br>**McGRAW MORRIS P.C.**<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI  48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com |
| FREDERICK LUCAS (P29074)<br>LUCAS LAW, P.C.<br>Attorney for Def Fritz<br>7577 U.S. 12, Suite A<br>Onsted, MI  49265<br>(517) 467-4000<br>lucas@lucaslawpc.com | MICHAEL S. BOGREN (P34835)<br>PLUNKETT COONEY<br>Attorney for Defs Van Buren Co. and<br>  Van Buren Co. Sheriff's Dept.<br>950 Trade Centre Way, Suite 310<br>Kalamazoo, MI  49002<br>(269) 226-8822<br>mbogren@plunkettcooney.com |

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY**

---

    Plaintiff and Defendants, COVERT TOWNSHIP, MICHIGAN and ERICH FRITZ, by and

through their respective counsel, having stipulated and agreed to dismiss this matter with prejudice

and without costs or attorney fees to any party, and the Court being otherwise advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or attorney fees to any party as to Defendants, COVERT TOWNSHIP, MICHIGAN and ERICH FRITZ.

This is a final order and closes this matter.

Date:  January 30, 2020

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Court Judge

Stipulated as to form and entry of this Order:

ROMANUCCI & BLANDIN, LLC

BY:/s/__NICOLETTE A. WARD_____
NICOLETTE A. WARD
Attorney for Plaintiff

**McGRAW MORRIS P.C.**

BY: /s/G. GUS MORRIS
G.GUS MORRIS (P32960)
Attorney for Def. Covert Township


LUCAS LAW, P.C.

BY: /s/ FREDERICK LUCAS
FREDERICK LUCAS (P29074)
Attorney for Def. Erich Fritz